# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

Donna Evans,

    Plaintiff(s),

vs.                                               Case Number: 13-cv-390-CVE-PJC

Liberty National Life Insurance Company et al,

    Defendant(s).

## SETTLEMENT CONFERENCE REPORT

On 04/30/2015 a Settlement Conference was held in the captioned matter.

☑ The litigation was settled; within _____ days of the date hereof, the Plaintiff and Defendant shall file:

- a Stipulation of Dismissal
  OR
- a Journal Entry of Judgment.

☐ The litigation was not settled.

☐ Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2015.

DATED: 04/30/2015.

_____
T. Lane Wilson
U.S. Magistrate Judge