# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DONNA S. EVANS, in her capacity as the Personal Representative of the Estate of Gerald E. Hendricks,<br><br>      Plaintiff,<br><br>v.<br><br>(1) LIBERTY NATIONAL LIFE INSURANCE COMPANY, a foreign insurance company, and<br><br>(2) THE RELIABLE LIFE INSURANCE COMPANY, a foreign insurance company,<br><br>      Defendants. | Case No. 4:13-cv-00390-CVE-PJC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE BY ALL PARTIES

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii) Plaintiff, Donna S. Evans, in her capacity as the Personal Representative of the Estate of Gerald E. Hendricks, and Defendants, Liberty National Life Insurance Company and The Reliable Life Insurance Company, being all the parties who entered an appearance in the above-referenced proceeding, hereby jointly and mutually stipulate to the dismissal of all claims asserted herein by any pleading entered or filed in this proceeding, with prejudice to refiling. Each party agrees to be and remain responsible for her/its own attorneys' fees and costs incurred in this matter.

Respectfully submitted,


/s/ Steven R. Hickman
Steven R. Hickman, OBA #4172
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Blvd.
Tulsa, OK  74107
Telephone:  (918) 584-4724
Facsimile:  (918) 583-5637
Email:  frasier@tulsa.com
***Attorneys for Plaintiffs***

and

/s/ *Victor F. Albert*
Victor F. Albert, OBA #12069
CONNER & WINTERS, LLP
1700 One Leadership Square
211 North Robinson
Oklahoma City, Oklahoma  73102
Telephone:  (405) 272-5711
Facsimile:  (405) 232-2695
Email:  valbert@cwlaw.com
***Attorney for Defendant, The Reliable Life Insurance Company***

and

/s/ John D. Russell
John D. Russell, OBA #13343
GableGotwals
1100 ONEOK Plaza
Tulsa, Oklahoma  74103-4217
Telephone:  (918)595-4806
Facsimile:  (918)595-4990
jrussell@gablelaw.com
***Attorney for Defendant, Liberty National Life Insurance Company***

2

## CERTIFICATE OF SERVICE

I certify that on the 25th day of June 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Steven R. Hickman, OBA #4172
FRASIER, FRASIER & HICKMAN, LLP
1700 Southwest Blvd.
Tulsa, OK  74107
Telephone:  (918) 584-4724
Facsimile:  (918) 583-5637
Email:  frasier@tulsa.com
***Attorneys for Plaintiffs***

and

John D. Russell, OBA #13343
Gable Gotwals
1100 ONEOK Plaza
100 West 5th Street
Tulsa, OK  74103-4217
Telephone:  (918)595-4806
Facsimile:  (918)595-4990
jrussell@gablelaw.com
***Attorneys for Defendant***
***Liberty National Life Insurance Company***

/s/ *Victor F. Albert*
Victor F. Albert

3

K:\VALB\Clients N-Z\10813 Unitrin\0013 Hendricks, Gerald\10000 Hendricks v. Liberty (USDC-NDOK 13-CV-390)\Pleadings\Joint Stipulation of Dismissal w Prejudice FINAL.docx